UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JOHN C. PARKE | ) | BANKRUPTCY CASE NUMBER 08-11962 |
| STACY C. PARKE | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

CLAIM # 9    Ft. Wayne Medical Associates    $ 2.83
c/o Snow & Sauerteig
203 East Berry Street, Suite 1310
Fort Wayne, Indiana   46802

CLAIM # 10   Ft. Wayne City Utilities    $ 2.28
c/o Snow & Sauerteig
203 East Berry Street, Suite 1310
Fort Wayne, Indiana   46802

**TOTAL:    $ 5.11**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 16th day of April, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at <u>USTPRegion10.SO.ECF@usdoj.gov</u>,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                          ____/s/ Yvette Gaff Kleven_____
                                                          Yvette Gaff Kleven